**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

PHARMERICA LONG-TERM CARE, INC.
f/k/a PHARMERICA, INC.,
a Delaware Corporation,

      Plaintiff,

v.                                                                                    No. CIV 08-975 JB/RHS

WILLIAM KRYSTOPOWICZ,
an individual,

      Defendant.

**ORDER ADOPTING JOINT STATUS REPORT AND
PROVISIONAL DISCOVERY PLAN**

THIS MATTER came before the Court following a review of the Joint Status Report and

Provisional Discovery Plan, filed February 10, 2009 (Doc. 10), the Court adopts the Joint Status

Report and Provisional Discovery Plan except as modified by the Scheduling Order entered March

19, 2009 (Doc. 16).

_____
UNITED STATES DISTRICT JUDGE