IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PHARMERICA LONG-TERM CARE, LLC f/k/a PHARMERICA LONG-TERM CARE, INC. f/k/a PHARMERICA, INC., a Delaware limited liability company<br><br>and<br><br>REHABCARE GROUP EAST, INC., A Delaware corporation<br><br>    Plaintiffs,<br><br>v.<br><br>WILLIAM KRYSTOPOWICZ, an individual,<br><br>    Defendant. | Case No. 1:09-cv-02056-CAP |

**REHABCARE'S SUPPLEMENTAL
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to FED. R. CIV. P. 7.1, Plaintiff, RehabCare Group East, Inc. d/b/a RehabCare Group Therapy Services, Inc. ("RehabCare"), states as follows for its Supplemental Corporate Disclosure Statement. Effective June 1, 2011, RehabCare became a wholly-owned subsidiary of Kindred Healthcare, Inc., which is a publicly traded company, trading as "KND" on the New York Stock Exchange.

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that the foregoing was prepared in Times New Roman 14 point type as required by Local Rule 5.1C.

Dated:  October 21, 2011	Respectfully Submitted,

FULTZ MADDOX HOVIOUS & DICKENS PLC

/s Chacey R. Ford	
Benjamin C. Fultz
Chacey R. Ford
admitted *pro hac vice*
2700 National City Tower
101 South Fifth Street
Louisville, Kentucky 40202-3116
(502) 588-2000
(502) 588-2020 (facsimile)
bfultz@fmhd.com
cford@fmhd.com

and

Ann Hale-Smith
Georgia Bar No. 317450
E-mail: ahalesmith@isklaw.com
Irvin & Kessler, LLC
Two Securities Centre, Suite 750
3500 Piedmont Road, NE
Atlanta, Georgia 30305-1509
Telephone: (404) 237-1020

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PHARMERICA LONG-TERM CARE, LLC f/k/a PHARMERICA LONG-TERM CARE, INC. f/k/a PHARMERICA, INC., a Delaware limited liability company<br><br>and<br><br>REHABCARE GROUP EAST, INC., A Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM KRYSTOPOWICZ, an individual,<br><br>Defendant. | Case No. 1:09-cv-02056-CAP |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing Supplemental Corporate Disclosure Statement upon Defendant's counsel via the Court's electronic filing system:

Richard Thomasson
362 Cotton Ave. Suite 100
Macon, GA 31201

/s Chacey R. Ford _____
Dated:  October 21, 2011          Chacey R. Ford (admitted *pro hac vice*)
*Counsel for Plaintiffs*

3

FULTZ MADDOX HOVIOUS & DICKENS PLC
101 South Fifth St., 27th Floor
Louisville, Kentucky 40202-3116
(502) 588-2000
(502) 588-2020 (facsimile)
cford@fmhd.com

and

Ann Hale-Smith
Georgia Bar No. 317450
E-mail: ahalesmith@isklaw.com
Irvin & Kessler, LLC
Two Securities Centre, Suite 750
3500 Piedmont Road, NE
Atlanta, Georgia 30305-1509
Telephone: (404) 237-1020

*Counsel for Plaintiffs*

## Certificate of Compliance

The undersigned certifies that the foregoing was prepared in Times New Roman 14 pt. type as required by LR 5.1C, N.D. Ga.

/s Chacey R. Ford
Chacey R. Ford (admitted *pro hac vice*)
*Counsel for Plaintiffs*